IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK J. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | Civil No. 06-1296-JO |
| ) | |
| v. ) | <u>J U D G M E N T</u> |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED  the Commissioner's decision is affirmed and this action is dismissed.  Any pending motions are denied as moot.

DATED this 4th day of March, 2008.

   /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge